# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

KENNETH LAMONT SLOCUM                                                    PLAINTIFF
ADC #105692

v.                                    4:22-cv-00555-BRW-JJV

JAMES GIBSON, Warden,
Varner Unit, ADC                                                         DEFENDANT

## PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge Billy Roy Wilson. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1.     Why the record made before the Magistrate Judge is inadequate.

2.     Why the evidence proffered at the hearing (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3.	The details of any testimony desired to be introduced at the new hearing in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the new hearing.

## **DISPOSITION**

On March 16, 2023, Defendant James Gibson filed a Motion to Compel (Doc. No. 26), stating they had not received responses to written discovery initially propounded on January 24, 2023. I granted Defendant's Motion to Compel and directed Plaintiff to respond to the discovery requests within twenty-one (21) days. (Doc. No. 28.) Importantly, I noted Plaintiff had also failed to execute the necessary Authorization for Disclosure of Protected Health Information and stated, "This medical release is essential because Plaintiff has called his medical condition into question based on the allegations in his Complaint." (*Id.* at 1-2.) My Order warned Plaintiff that his failure to comply could lead to dismissal of this cause of action. (*Id* at 2.)

Defendants have now filed a Motion to Dismiss and Brief in Support (Docs. No. 29-30) informing the Court that Plaintiff has failed to respond within the allotted time, and requesting this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b)[1] and Local Rule 5.5(c)(2).

Based on the foregoing, I find it appropriate to grant Defendant's Motion to Dismiss. I specifically directed Plaintiff to respond to Defendant's discovery requests within twenty-one (21) days. (Doc. No. 28 at 2.) Plaintiff has failed to comply, and dismissal is appropriate. Plaintiff may cure this defect by immediately responding to Defendant's discovery requests and notifying the Court through filing a written objection to this recommended disposition. But based on the

---

[1] "If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it." Fed. R. Civ. P. 41(b).

2

record before the Court, I recommend this action be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

IT IS, THEREFORE, RECOMMENDED that:

1. Defendants' Motion to Dismiss (Doc. No. 29) be GRANTED.

2. Plaintiff's Complaint (Doc. No. 2) be DISMISSED without prejudice.

3. The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting these recommendations would not be taken in good faith.

DATED this 14th day of April 2023.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE