IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KENNETH LAMONT SLOCUM**  PLAINTIFF
**ADC #105692**

v.  4:22-cv-00555-BRW-JJV

**JAMES GIBSON, Warden,**
**Varner Unit, ADC**  DEFENDANT

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe.  No objections have been filed.  After careful consideration, I approve and adopt the Proposed Findings and Recommended Disposition in all respects.

Accordingly, Defendants' Motion to Dismiss (Doc. No. 29) is GRANTED and Plaintiff's Complaint (Doc. No. 2) is DISMISSED without prejudice.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order adopting the recommendations and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 3rd day of May, 2023.

*Billy Roy Wilson*
UNITED STATES DISTRICT JUDGE